---

QUEEN (BOONE v.). See Case No. 1,643.

QUEEN (DENNY v.). See Case No. 3,807.

---

## Case No. 11,503.

### QUEEN et al. v. HEPBURN.

[2 Cranch, C. C. 3.] [1]

Circuit Court, District of Columbia. June Term, 1810. [2]

JURORS — CHALLENGE — ALIENAGE — FAVOR — WITNESS — FREE-BORN NEGRO.

1. Alienage is not a cause of challenge of a juror.

2. Challenge for favor is to be tried by the two first jurors who are sworn in the cause.

3. A freeborn negro is a competent witness in a case of freedom.

[This was an action by Mima and Louisa Queen against John Hepburn.]

Petition for freedom.

THE COURT directed twelve jurors to be drawn out of the box, and a list handed to each party.

THE COURT (THRUSTON, Circuit Judge, absent) rejected a challenge because a juror

---

was an alien. It was stated to have been decided early in the existence of this court, that alienage was no cause of challenge. Four jurors were challenged for cause, and put aside, until two were sworn, who tried whether the four stood indifferent.

THE COURT admitted a freeborn black to give evidence. There were several bills of exception taken.

CRANCH, C. J., was absent during part of the trial.

Verdict for the defendant.

Judgment affirmed by the supreme court of the United States. 7 Cranch [11 U. S.] 290.

---

QUEEN (McSHERRY v.). See Case No. 8,926.

---

## Case No. 11,504.

### QUEEN v. NEALE.

[2 Cranch, C. C. 3.] [1]

Circuit Court, District of Columbia. June Term, 1810.

EVIDENCE — DECLARATIONS OF ANCESTOR WHILE HELD AS SLAVE — DECLARATIONS AS TO FREEDOM.

1. The declarations of an ancestor, while held as a slave, cannot be given in evidence.

2. Declarations of deceased persons, that the ancestor was free, may be given in evidence, to show that the ancestor was in fact free, that is, not held in slavery.

[This was an action by Priscilla Queen, a negress, against Francis Neale.]

Petition for freedom. The declaration of the ancestor, while held as a slave, cannot be given in evidence, to prove that the ancestor came from England.

PER CURIAM (THRUSTON, Circuit Judge, absent). A witness, in his deposition, stated that he heard a deceased person say that the ancestor was free.

Mr. Law, for defendant, contended that it was not evidence, because it was a mere opinion as to a question of right.

But THE COURT (THRUSTON, Circuit Judge, absent) permitted it to be read to the jury, as evidence that she was in fact free, that is, that she was not actually holden in slavery.

THE COURT (FITZHUGH, Circuit Judge, absent) refused to instruct the jury that Jiam's declarations, that the ancestor was a free woman, and sold only for seven years, were incompetent to prove the petitioner's title to freedom; and instructed the jury that those declarations were admissible evidence, to prove that she was a free woman.

---

QUEEN (SMITH v.). See Case No. 13,096.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

[2] [Affirmed in 7 Cranch (11 U. S.) 290.]

[1] [Reported by Hon. William Cranch, Chief Judge.]